B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of New Mexico

In re: **John Mario Gallegos**
**Michelle Clarissa Gallegos**
Debtor(s)

Case No. _____
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

### Property No. 1

| | |
|---|---|
| **Creditor's Name:** Curry County Escrow | **Describe Property Securing Debt:** Residence @ 124 Scottsdale Dr. Clovis, NM |

Property will be (check one):
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain **Retain & Pay** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt   ☐ Not claimed as exempt

### Property No. 2

| | |
|---|---|
| **Creditor's Name:** United Auto Credit | **Describe Property Securing Debt:** 2002 Jeep Laredo |

Property will be (check one):
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain **Retain & Pay** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt   ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

### Property No. 1

| Lessor's Name: -NONE- | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ☐ NO |
|---|---|---|

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date _____  Signature _____
                                    John Mario Gallegos
                                    Debtor

Date _____  Signature _____
                                    Michelle Clarissa Gallegos
                                    Joint Debtor